# United States Bankruptcy Court
## Western District of Pennsylvania

In re   Susan Marshall    Case No. __18-23272__
Debtor(s)                 Chapter __13__

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Susan Marshall__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date __September 20, 2018__    Signature __/s/ Susan Marshall__
                                         Susan Marshall
                                         Debtor

```
                                        Electronic Paystub
              Dollar Tree Stores Inc.
              500 Volvo Parkway
              Chesapeake, VA 23320
              757-321-5000
              -----------------------------------------------
              CO    Store#    EE#        DEPT#
              002   00886     350355     MGR
              -----------------------------------------------
              SUSAN M MARSHALL
              1118 POST DR
              LATROBE, PA 15650
              SMARSHAL
              -----------------------------------------------
              Pay Period:    07/01/2018-07/14/2018
              Check Date:    07/20/2018
              Check Number:  0030691848
              Taxable Marital Status:
                  Single
              Exemptions/Allowances
                  Federal: 00  Addl:
                  State:   00  Addl:
              Class: Salaried
              Earnings
                                    This
                                    Period         YTD
                                    ----------------------
              REG W                 984.43      27136.99
              PTOVAC N              984.43       1968.86
              SHRNKBON                 .00       1591.59
              BONUS N                  .00        655.74
              ============================================
              Gross Pay            1968.86      31353.18
              Tax Deductions
              SS Tax                110.72       1773.57
              FED TAX               205.38       3588.30
              MEDI W/H               25.90        414.79
              PA UNEM                 1.18         18.81
              PA W/H                 54.82        878.15
              S-LATR                  8.93         78.92
              PACR691                 8.93        207.14
              PALU033                 2.00         30.00
              S-GRNSBR                 .00           .00
              ============================================
              Total                 417.86       6989.77
              Pre-Tax Deductions
              HLTH PPO              137.00       2055.00
              TBCHARGE               46.15        692.25
              ============================================
              Total                 183.15       2747.25
              Other Deductions
              STD INS                15.67        235.05
              LIFE INS                8.93        133.95
              ============================================
              Total                  24.60        369.00
              ============================================
              Net Pay              1343.25      21247.16
              ============================================
              Plans                             Balance
              PTO                                 80.00
              Direct Deposit Info                Amount
              XXXX6907                           1343.25
              Important Notes
              W=WORK PAY; N=NON-WORK PAY
              -----------------------------------------------
              At the end of paycode descriptions, W =
              WORKED PAY    N = NON-WORKED PAY
```

Dollar Tree Stores Inc.   Electronic Paystub
500 Volvo Parkway
Chesapeake, VA 23320
757-321-5000

| CO  | Store# | EE#    | DEPT# |
|-----|--------|--------|-------|
| 002 | 00886  | 350355 | MGR   |

SUSAN M MARSHALL
1118 POST DR
LATROBE, PA 15650
SMARSHAL

Pay Period: 06/03/2018-06/16/2018
Check Date: 06/22/2018
Check Number: 0030488038
Taxable Marital Status: Single
Exemptions/Allowances
    Federal: 00   Addl:
    State:   00   Addl:
Class: Salaried

Earnings

|           | This Period | YTD      |
|-----------|-------------|----------|
| REG W     | 1968.86     | 24183.70 |
| SHRNKBON  | .00         | 1591.59  |
| PTOVAC N  | .00         | 984.43   |
| BONUS N   | .00         | 655.74   |
| Gross Pay | 1968.86     | 27415.46 |

Tax Deductions

|          |         |         |
|----------|---------|---------|
| SS Tax   | 110.71  | 1552.14 |
| FED TAX  | 205.38  | 3177.63 |
| MEDI W/H | 25.89   | 363.00  |
| PA UNEMP | 1.18    | 16.45   |
| PA W/H   | 54.82   | 768.51  |
| S-LATROw | 8.93    | 61.06   |
| PACR691  | 8.93    | 189.28  |
| PALU033  | 2.00    | 26.00   |
| S-GRNSBR | .00     | .00     |
| Total    | 417.84  | 6154.07 |

Pre-Tax Deductions

|          |        |         |
|----------|--------|---------|
| HLTH PPO | 137.00 | 1781.00 |
| TBCHARGE | 46.15  | 599.95  |
| Total    | 183.15 | 2380.95 |

Other Deductions

|          |       |        |
|----------|-------|--------|
| STD INS  | 15.67 | 203.71 |
| LIFE INS | 8.93  | 116.09 |
| Total    | 24.60 | 319.80 |

Net Pay    1343.27    18560.64

Plans
PTO                          Balance
                             120.00
Direct Deposit Info
XXXX6907                     Amount
                             1343.27
Important Notes
W=WORK PAY; N=NON-WORK DAY



At the end of paycode descriptions, W = WORKED PAY   N = NON-WORKED PAY

Inc.  Electronic Paystub

3320

| EE# | DEPT# |
|---|---|
| 350355 | MGR |

ˌSHALL
DR
PA 15650

```
 ·iod:        06/17/2018-06/30/2018
 Date:        07/06/2018
 Number:      0030585605
ˌble Marital Status:
 Single
 ·emptions/Allowances
 Federal: 00  Addl:
 State:   00  Addl:
Class: Salaried
Earnings
```

|  | This Period | YTD |
|---|---|---|
| REG W | 1968.86 | 26152.56 |
| SHRNKBON | .00 | 1591.59 |
| PTOVAC N | .00 | 984.43 |
| BONUS N | .00 | 655.74 |
| Gross Pay | 1968.86 | 29384.32 |
| Tax Deductions |  |  |
| S Tax |  |  |
| FED TAX | 110.71 | 1662.85 |
| MEDI W/H | 205.38 | 3383.01 |
| PA UNEMP | 25.89 | 388.89 |
| PA W/H | 1.18 | 17.63 |
| S-LATROw | 54.82 | 823.33 |
| PACR691 | 8.93 | 69.99 |
| PALU033 | 8.93 | 198.21 |
| S-GRNSBR | 2.00 | 28.00 |
|  | .00 | .00 |
| Total | 417.84 | 6571.91 |
| Pre-Tax Deductions |  |  |
| HLTH PPO | 137.00 | 1918.00 |
| TBCHARGE | 46.15 | 646.10 |
| Total | 183.15 | 2564.10 |
| Other Deductions |  |  |
| STD INS | 15.67 | 219.38 |
| LIFE INS | 8.93 | 125.02 |
| Total | 24.60 | 344.40 |
| Net Pay | 1343.27 | 19903.91 |

Plans
PTO                         Balance
Direct Deposit Info         120.00
XXXX6907                    Amount
Important Notes             1343.27
W=WORK PAY; N=NON-WORK PAY

At the end of paycode descriptions, W =
WORKED PAY    N = NON-WORKED PAY