## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**In Re:**

| | | |
|---|---|---|
| | : | **Case No. 18-23272-CMB** |
| **Susan Marshall,** | : | |
| Debtor | : | **Chapter 13** |
| | : | |
| **Susan Marshall,** | : | **Related to Doc. No.: 24** |
| S.S. No. xxx-xx- 3544 | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **Dollar Tree Stores Inc.** | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND LOCAL FORM 12

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 1, 2018, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: October 1, 2018        /s/ Sharla Munroe
　　　　　　　　　　　　　　　　　　Sharla Munroe, Paralegal
　　　　　　　　　　　　　　　　　　McElrath Legal Holdings, LLC
　　　　　　　　　　　　　　　　　　1641 Saw Mill Run Blvd.
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15210
　　　　　　　　　　　　　　　　　　Tel: 412.765.3606
　　　　　　　　　　　　　　　　　　 Fax: 412.765.1917

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Dollar Tree Stores Inc.
ATTENTION:  PAYROLL MANAGER
500 Volvo Parkway
Chesapeake, VA 23320

Susan Marshall
 1118 Post Drive
Latrobe, PA 15650