# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | SUSAN MARSHALL |
| **Case Number:** | 18-23272-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 04, 2019 11:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
4/11/19 9:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#20 - Continued Confirmation of Plan Dated 9/20/2018 (NFC)
R / M #: 20 / 0

*Appearances:*

Debtor:
Trustee:  Winnecour /  (Pail) Kutz  / Katz / DeSimone

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 9/12/19 at 11:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/29/2019  8:44:00AM