# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
2019 OCT 25 A 11: 15
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | SUSAN MARSHALL |
| Case Number: | 18-23272-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 24, 2019 11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

**Matter:**

#20 - Continued Confirmation of Plan Dated 9/20/2018 (NFC)
R / M #:  20 / 0

**Appearances:**

Debtor:
Trustee: Winnecour / (Pail) Katz / DeSimone    *Katz*
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 11/6/19 at 10:00.
10. _____ Other:

Not feasible due to 2nd mortgage which cannot be stripped

10/15/2019    4:32:21PM