# PROCEEDING MEMO

Date: 11/06/2019 10:00 am

In re:Susan Marshall

Bankruptcy No. 18-23272-CMB
Chapter: 13
Doc. # 20

**Appearances:**

**Movant(s):** Katz

**Respondents:** Zutz, For Debtor

**Creditor(s):** James Warmbrodt, Esq. for Wilmington Savings Fund Society, et al

**Nature of Proceeding:** #20 Contested Plan hearing re Plan Dated 9/20/2018

**Additional Pleadings:**  #20 Chapter 13 Plan dated 9/20/2018
#31 Interim Order Confirming Plan
#37 Objection of Wilmington Savings Fund Society
#38 Conciliaiton Conference Minutes
#39 Conciliaiton Conference Minutes
#40 Conciliaiton Conference Minutes
#41 Conciliaiton Conference Minutes

**Judge's Notes:**

No defense, case dismissed without prejudice

FILED
11/6/19 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge