Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Susan Marshall** | : | Case No. 18−23272−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this ***The 6th of November, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

                                              Carlota M. Böhm, Judge
                                              United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 18-23272-CMB
Susan Marshall                                                          Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: dsaw                  Page 1 of 3                  Date Rcvd: Nov 06, 2019
                               Form ID: 309                Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
db             +Susan Marshall,    1118 Post Drive,    Latrobe, PA 15650-2624
14899247       +ACAR Leasing LTD d/b/a GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
14899225       +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
14899227       +Bk Of Amer,    4909 Savarese Circle,    Tampa, FL 33634-2413
14899229       +Ccs/bryant State Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
14899230       +Ccs/cortrust Bank Na,    Po Box 7030,    Mitchell, SD 57301-7030
14899231       +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
14899236       +Cortrust Bk,    Po Box 7030,    Mitchell, SD 57301-7030
14899239       +Ditech,    3000 Bayport Dr.Ste. 880,    Tampa, FL 33607-8409
14899232      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: Ccs/first Savings Bank,      500 E 60th St N,    Sioux Falls, SD 57104)
14899242       +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
14899243       +Fncc,    500 E 60th St N,    Sioux Falls, SD 57104-0478
14899248       +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14902491      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court: First National Bank of Omaha,      1620 Dodge St., Stop Code 3105,
                 Omaha, NE 68197)
14931821       +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
14921595       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,     845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14899254       +Tbom/atls/fortiva Mc,    5 Concourse Pkwy,    Atlanta, GA 30328-5350
14925795       +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14899224       +EDI: GMACFS.COM Nov 07 2019 08:23:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
14934525        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 03:49:02
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,     PO Box 10587,
                 Greenville, SC 29603-0587
14899226       +EDI: TSYS2.COM Nov 07 2019 08:23:00      Barclays Bank Delaware,     P.o. Box 8803,
                 Wilmington, DE 19899-8803
14899228        EDI: CAPITALONE.COM Nov 07 2019 08:23:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
14920008        EDI: CAPITALONE.COM Nov 07 2019 08:23:00      Capital One Bank (USA), N.A.,     PO Box 71083,
                 Charlotte, NC 28272-1083
14899233       +EDI: CHASE.COM Nov 07 2019 08:23:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14899234       +EDI: WFNNB.COM Nov 07 2019 08:23:00      Comenitycapital/biglot,     3100 Easton Square Pl,
                 Columbus, OH 43219-6232
14899235       +EDI: WFNNB.COM Nov 07 2019 08:23:00      Comenitycb/overstock,    Po Box 182120,
                 Columbus, OH 43218-2120
14899237       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 07 2019 03:48:59      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14903470        EDI: DISCOVER.COM Nov 07 2019 08:23:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
14899238       +EDI: DISCOVER.COM Nov 07 2019 08:23:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
14899240       +EDI: AMINFOFP.COM Nov 07 2019 08:23:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14899241       +EDI: AMINFOFP.COM Nov 07 2019 08:23:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
14899244       +EDI: FORD.COM Nov 07 2019 08:23:00      Frd Motor Cr,    Po Box Box 542000,
                 Omaha, NE 68154-8000
14899246       +EDI: PHINGENESIS Nov 07 2019 08:23:00      Genesis Bc/celtic Bank,    268 S State St Ste 300,
                 Salt Lake City, UT 84111-5314
14918113       +EDI: PHINAMERI.COM Nov 07 2019 08:23:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
14921455        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 03:49:03
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14936532        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 03:49:05
                 LVNV Funding, LLC its successors and assigns as,     assignee of ACL Consumer Loan Trust IV,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14899249       +E-mail/Text: bk@lendingclub.com Nov 07 2019 03:53:02      Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
14899250       +E-mail/Text: ml-ebn@missionlane.com Nov 07 2019 03:51:40      Lendup Card Services I,
                 225 Bush St Ste 1100,    San Francisco, CA 94104-4250
14899251       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 07 2019 03:48:53      Merrick Bank Corp,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
14936384        EDI: PRA.COM Nov 07 2019 08:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14899903       +EDI: PRA.COM Nov 07 2019 08:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
```

```
District/off: 0315-2            User: dsaw                 Page 2 of 3                Date Rcvd: Nov 06, 2019
                                Form ID: 309               Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14929019         +EDI: JEFFERSONCAP.COM Nov 07 2019 08:23:00      Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14934867          EDI: Q3G.COM Nov 07 2019 08:23:00      Quantum3 Group LLC as agent for,     GPCC I LLC,
                   PO Box 788,    Kirkland, WA 98083-0788
14933347          EDI: Q3G.COM Nov 07 2019 08:23:00      Quantum3 Group LLC as agent for,     Comenity Capital Bank,
                   PO Box 788,    Kirkland, WA 98083-0788
14927319          E-mail/Text: bkdepartment@rtresolutions.com Nov 07 2019 03:52:50
                   Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                   Dallas, Texas 75247-4029
14899252         +EDI: RMSC.COM Nov 07 2019 08:23:00      Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
14899253         +EDI: RMSC.COM Nov 07 2019 08:23:00      Syncb/walmart,    Po Box 965024,    Orlando, FL 32896-5024
14938190         +E-mail/Text: bkteam@selenefinance.com Nov 07 2019 03:51:50
                   Wilmington Savings Fund Society, FSB, d/b/a Christ,     Trust,    c/o Selene Finance, LP,
                   9990 Richmond Ave, Suite 400 South,     Houston TX 77042-4546
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              SELENE FINANCE LP as servicer for Wilmington Savin
cr              Wilmington Savings Fund Society, FSB
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14918090*      +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
14918091*      +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
14918092*      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
14918093*      +Bk Of Amer,    4909 Savarese Circle,    Tampa, FL 33634-2413
14918094*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
14918095*      +Ccs/bryant State Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
14918096*      +Ccs/cortrust Bank Na,    Po Box 7030,    Mitchell, SD 57301-7030
14918097*      +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
14918099*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14918100*      +Comenitycapital/biglot,    3100 Easton Square Pl,    Columbus, OH 43219-6232
14918101*      +Comenitycb/overstock,    Po Box 182120,    Columbus, OH 43218-2120
14918102*      +Cortrust Bk,    Po Box 7030,    Mitchell, SD 57301-7030
14918103*      +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14918104*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
14918105*      +Ditech,    3000 Bayport Dr.Ste. 880,    Tampa, FL 33607-8409
14918098*     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court: Ccs/first Savings Bank,     500 E 60th St N,    Sioux Falls, SD 57104)
14899245*     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court: Fsb Blaze,     500 E. 60th Street,    Sioux Falls, SD 57104)
14918111*     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court: Fsb Blaze,     500 E. 60th Street,    Sioux Falls, SD 57104)
14918106*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14918107*      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14918108*      +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
14918109*      +Fncc,    500 E 60th St N,    Sioux Falls, SD 57104-0478
14918110*      +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
14918112*      +Genesis Bc/celtic Bank,    268 S State St Ste 300,    Salt Lake City, UT 84111-5314
14918114*      +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14918115*      +Lending Club Corp,    71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
14918116*      +Lendup Card Services I,    225 Bush St Ste 1100,    San Francisco, CA 94104-4250
14918117*      +Merrick Bank Corp,    Po Box 9201,    Old Bethpage, NY 11804-9001
14918118*      +Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
14918119*      +Syncb/walmart,    Po Box 965024,    Orlando, FL 32896-5024
14918120*      +Tbom/atls/fortiva Mc,    5 Concourse Pkwy,    Atlanta, GA 30328-5350
                                                                                         TOTALS: 2, * 33, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dsaw              Page 3 of 3              Date Rcvd: Nov 06, 2019
                              Form ID: 309            Total Noticed: 48
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    SELENE FINANCE LP as servicer for Wilmington Savings
               Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage
               Acquisition Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Susan  Marshall ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 5
```