**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SUSAN MARSHALL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-23272<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/17/2018 and confirmed on 11/01/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 16,361.00 |
| Less Refunds to Debtor | 525.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,836.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,573.71 | |
|    Trustee Fee | 666.27 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,239.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 4763 | 0.00 | 7,886.05 | 0.00 | 7,886.05 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 4763 | 23,613.33 | 0.00 | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS INC - AGENT FC<br>Acct: 2097 | 43,876.62 | 0.00 | 0.00 | 0.00 |
| | | | | 7,886.05 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SUSAN MARSHALL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MCELRATH LEGAL HOLDINGS LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ACAR LEASING LTD D/B/A GM FINANCIAL I<br>Acct: 3532 | 8,792.10 | 5,709.97 | 0.00 | 5,709.97 |
| PAUL W MCELRATH JR ESQ<br>Acct: | 3,500.00 | 1,573.71 | 0.00 | 0.00 |

| 18-23272 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | SUSAN MARSHALL | 525.00 | 525.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILMINGTON SAVINGS FUND SOCIETY FS | 1,275.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4763 | | | | |
| | | | | | 5,709.97 |
| Unsecured | | | | | |
| | ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9894 | | | | |
| | BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2097 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,658.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 6697 | | | | |
| | BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2540 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 1,822.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 4207 | | | | |
| | FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0897 | | | | |
| | CORTRUST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8544 | | | | |
| | FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3054 | | | | |
| | FIRST SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9497 | | | | |
| | CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2005 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMENI | 383.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 8044 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7712 | | | | |
| | CORTRUST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5133 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,611.54 | 0.00 | 0.00 | 0.00 |
| | Acct: 0641 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 634.66 | 0.00 | 0.00 | 0.00 |
| | Acct: 2478 | | | | |
| | DISCOVER BANK(*) | 269.09 | 0.00 | 0.00 | 0.00 |
| | Acct: 0226 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C/ | 1,397.39 | 0.00 | 0.00 | 0.00 |
| | Acct: 4672 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C/ | 1,336.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 4838 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 1,793.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 9931 | | | | |
| | FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9274 | | | | |
| | FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0482 | | | | |
| | FSB BLAZE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0574 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0079 | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUANTUM3 LLC AGENT - GPCC I LLC | 139.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 1524 | | | | |

| 18-23272 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    LVNV FUNDING LLC, ASSIGNEE | 1,135.22 | 0.00 | 0.00 | 0.00 |
|       Acct: 5255 | | | | |
|    LENDING CLUB CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 4460 | | | | |
|    LENDUP TAB BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 4352 | | | | |
|    MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 7809 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 9485 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,766.97 | 0.00 | 0.00 | 0.00 |
|       Acct: 0079 | | | | |
|    THE BANK OF MISSOURI D/B/A FORTIVA | 596.41 | 0.00 | 0.00 | 0.00 |
|       Acct: 8472 | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 158.28 | 0.00 | 0.00 | 0.00 |
|       Acct: 3019 | | | | |
|    ASHLEY FUNDING SERVICES LLC - ASSIG | 5.64 | 0.00 | 0.00 | 0.00 |
|       Acct: 3250 | | | | |

\* \* \* N O N E \* \* \*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 13,596.02 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 10,067.10 |
| SECURED | 67,489.95 |
| UNSECURED | 15,708.59 |

Date: 12/06/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com